| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hunts Point Fuel Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-2421310** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**431 East 165th Street**<br>**Bronx, NY**                    ZIP Code **10456** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bronx** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hunts Point Fuel Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Hunts Point Fuel Corp.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Penachio Malara LLP**
_____
Signature of Attorney for Debtor(s)

**Penachio Malara LLP**
Printed Name of Attorney for Debtor(s)

**Penachio Malara LLP**
Firm Name

**235 Main Street**
**White Plains, NY 10601**

_____
Address

**Email: apenachio@pmlawllp.com**
**(914) 946-2889  Fax: (914) 946-2882**
Telephone Number

**August 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Magnone**
_____
Signature of Authorized Individual

**Michael Magnone**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**August 27, 2009**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re   **Hunts Point Fuel Corp.**                ,      Case No. _____

                                   Debtor

Chapter             **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JV Magnone Credit Shelter Tr** | **Common** | **29%** | **Common Stock** |
| **Resiuary Trust of JV Magnone** | **Common** | **71%** | **Common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 27, 2009**               Signature  **/s/ Michael Magnone**

                                               **Michael Magnone**
                                             **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **Hunts Point Fuel Corp.**        Case No.

Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 27, 2009**        **/s/ Michael Magnone**

**Michael Magnone**/CEO
Signer/Title

165 STREET REALTY CORP.
431 EAST 165TH STREET
BRONX, NY 10465


24 HOUR OIL DELIVERY CORP.
PO BOX 199
BRONX, NY 10461


AFLAC NEW YORK
ATTN: REMITTANCE PROCESSING S
1932 WYNNTON ROAD
COLUMBUS, GA 31999-6005


AMERICAN FUNDS
ATTN: GEORGIA BRANSON-3RD FLR
PO BOX 6040
INDIANAPOLIS, IN 46206-6040


AMERICAN INTERNATIONAL CO'S.
22427 NETWORK PLACE
CHICAGO, IL 60673-1223


ANSWER ONE
7014 13TH AVENUE
BROOKLYN, NY 11228


AT&T
PO BOX 9001309
LOUISVILLE, KY 40290-1309


AUTOMATED MERCH SERVICES
3 LEONARD DRIVE
EAST ROCKAWAY, NY 11518


BERKSHIRE MOUNTAIN SPRING WATE
301 WALNUT STREET
YONKERS, NY 10701


BRITE FUEL OIL CORP.
431 EAST 165TH STREET
BRONX, NY 10456


CAM ENERGY
8021 NEW UTRECHT AVENUE
BROOKLYN, NY 11204

CARBO INDUSTRIES, INC.
1 BAY BOULEVARD
LAWRENCE, NY 11559


CARR BUSINESS SYSTEMS
130 SPAAGNOLI ROAD
MELVILLE, NY 11747-3502


CITIBANK - TAXES
PO BOX 9241
UNIONDALE, NY 11555-9241


E.S.F. TRANSPORT INC.
402 GRAMATAN AVENUE #191
BROOKLYN, NY 11211


EXXONMOBIL
PROCESSING CENTER
PO BOX 688938
DES MOINES, IA 50368-8938


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461


FLEET SERVICES
PO BOX 6293
CAROL STREAM, IL 60197-6293


GC CLEANING SERVICES INC.
97 HILLSIDE AVENUE
YONKERS, NY 10703


GECAPITAL
PO BOX 642333
PITTSBURGH, PA 15264-2333


HESS CORP.
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


M&M OIL BURNER & HEATING SUPPL
116-44 SPRINGFIELD BLVD.
CAMBRIA HEIGHTS, NY 11411

MB FUEL SERVICE
431 EAST 165TH ST.
BRONX, NY 10456


MB FUEL TRANSPORT INC.
431
E. 165TH STREET
BRONX, NY 10456


NEW YORK LIFE -N49001 INS.
PO BOX 742582
CINCINNATI, OH 45274-2582


NEW YORK STATES SALES TAX
NYS SALES TAX PROCESSING
PO BOX 15172
ALBANY, NY 12212-5172


NISSAN MOTOR ACCEPTANCE CORP.
PO BOX 371447
PITTSBURGH, PA 15250-7447


NYC D.O.F./SHERRIFF
EXECUTION UNIT
59 MAIDEN LANE, 24TH FLOOR
NEW YORK, NY 10038


NYS DEPT OF TAXATION & FINANCE
PO BOX 4136
BINGHAMTON, NY 13902-4136


PAYCYCLE SUPPORT TEAM
WWW.PAYCYCLE.COM


PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600


RCN
PO BOX 11816
NEWARK, NJ 07101-8116

```
SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181


SPRINT
PO BOX 105243
ATLANTA, GA 30348-5243


STANDARD SECURITY LIFE INS. CO
CHURCH STREET STATTION
PO BOX 6240
NEW YORK, NY 10249-6240


STAPLES CREDIT PLAN
DEPT. 85 - 0000115011
PO BOX 9020
DES MOINES, IA 50368-9020


STUYVESANT FUEL SERVICES CORP.
642 SOUTHERN BOULEVARD
BRONX, NY 10455


T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596


TRANS UNION LLC
PO BOX 99506
CHICAGO, IL 60693-9505


TRIMBLE NAVIGATION LIMITED
DEPT. 33209
PO BOX 39000
SAN FRANCISCO, CA 94139-3209


UNITED SERVICE WORKERS
138-50 QUEENS BLVD.
BRIARWOOD, NY 11435


UNITED SERVICE WORKERS SECURIT
SECURITY DIVISION
138-50 QUEENS BLVD.
BRIARWOOD, NY 11435
```

```
UNITED WELFARE FUND
138-50 QUEENS BLVD.
BRIARWOOD, NY 11435


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408
```

# United States Bankruptcy Court
## Southern District of New York

In re    **Hunts Point Fuel Corp.**                  Case No. _____

                                    Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hunts Point Fuel Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 27, 2009**
_____
Date

**/s/ Penachio Malara LLP**
_____
**Penachio Malara LLP**

Signature of Attorney or Litigant
Counsel for   **Hunts Point Fuel Corp.**
_____
**Penachio Malara LLP**
**235 Main Street**
**White Plains, NY 10601**
**(914) 946-2889 Fax:(914) 946-2882**
**apenachio@pmlawllp.com**